FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES, INC., a revoked New York corporation; JOSEPH A. SANTAMORENA, an individual doing business as NATIONAL CONVENTION SERVICE; and WESTERN SURETY COMPANY,<br><br>Defendants. | CASE NO.: 2:07-cv-01348-LRH-LRL<br><br>MOTION OF DEFENDANT NATIONAL CONVENTION SERVICES, INC. FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AND ORDER THEREON<br><br>(First Request) |

Defendant NATIONAL CONVENTION SERVICES, INC., ("NATIONAL"), by and through its undersigned counsel, Fisher & Phillips LLP, in accordance with Local Rules 6-1 and 6-2 of this Court, hereby moves for an extension of time to file its opposition to Plaintiff's Application for Default Judgment, filed with this Court on September 15, 2008.

/ / /

/ / /

- 1 -

LasVegas 76729.1

This Motion is made based upon the pleadings on file herein, together with the following Memorandum of Points and Authorities.

Dated this 3rd day of October, 2008.

FISHER & PHILLIPS

/s/   Jeffrey D. Winchester
Mark J. Ricciardi, Esq.
Jeffrey D. Winchester, Esq.
3993 Howard Hughes Pkwy, Suite 650
Las Vegas, Nevada 89169
Attorneys for Defendant
National Convention Services, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff's Application for Default Judgment was served upon National via U.S. Mail on September 15, 2008. Therefore, this Motion is filed within the allotted time period to file oppositions to motions as set forth in Local Rule 7-2.

The factors supporting this Motion are as follows: The undersigned counsel were just retained by National within the past few days to represent National in this matter. At the outset of the representation, it appeared that the matter might be resolved without the necessity of filing an opposition to the Application for Default Judgment. Settlement discussions are ongoing, and it appears that there is a good chance that the matter may be amicably settled. As such, entry of a default judgment would be highly prejudicial to National.

Prior to filing this Motion for Extension of Time, counsel for National approached counsel for Plaintiff and requested counsel's consent to a stipulation to extend National's time to file an opposition to their Motion. Counsel for Plaintiff refused to agree to said stipulation.

LasVegas 76729.1

- 2 -

Therefore, National respectfully requests an additional twenty (20) days to oppose or otherwise respond to Plaintiff's Application for Default Judgment, up to and including October 23, 2008.

Dated this 3rd day of October, 2008.

Respectfully submitted,

FISHER & PHILLIPS

/s/   Jeffrey D. Winchester
Mark J. Ricciardi, Esq.
Jeffrey D. Winchester, Esq.
3993 Howard Hughes Pkwy, Suite 650
Las Vegas, Nevada 89169
Attorneys for Defendant
National Convention Services, Inc.

## ORDER

IT IS SO ORDERED:

That Defendant National Convention Services, Inc.'s ("National") Motion For Extension Of Time To File Opposition To Plaintiff's Application For Default Judgment is granted. National is granted an extension of time up to and including October 23, 2008, within which to file its opposition.

DATED: October 6, 2008

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

LasVegas 76729.1

- 3 -