1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>     Plaintiff,<br><br>  vs.<br><br>NATIONAL CONVENTION SERVICES, INC., a revoked New York corporation; JOSEPH A. SANTAMORENA, an individual doing business as NATIONAL CONVENTION SERVICE; and WESTERN SURETY COMPANY,<br><br>     Defendants. | CASE NO.:  2:07-cv-01348-LRH-LRL<br><br>**STIPULATION, REQUEST AND ORDER FOR   EXTENSION OF TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**<br><br>**(Second Request)** |

12
13
14
15
16
17
18
19
20
21
22

  Plaintiff Trustees of Teamsters Local 631 Security Fund for Southern Nevada

23

("Plaintiff"), and Defendant National Convention Services, Inc., ("Defendant"), by and

24

through their respective counsel, hereby respectfully submit this Stipulation, Request

25

and Proposed Order for Extension of Time to File Defendant's Opposition to

26

Plaintiff's Application for Default Judgment This Stipulation is made in accordance

27

with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.

28

FISHER & PHILLIPS LLP<br>3993 Howard Hughes Parkway, Suite 650<br>Las Vegas, Nevada 89109

- 1 -

1   On October 3, 2008, Defendant filed its Motion for Extension of Time to File

2   Opposition to Plaintiff's Application for Default Judgment and [Proposed] Order

3   Thereon ("Motion").  The Order granting Defendant's Motion was signed on  October

4   7, 2008, granting Defendant until October 23, 2008, within which to oppose the

5   Motion.

6   The parties have engaged in good faith settlement negotiations and make this

7   request for extension of time in an effort to afford further negotiations in anticipation

8   of settling this matter.

9   / / /

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   

24   

25   

26   

27   

28   

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89109

- 2 -

LasVegas 77076.1

Upon agreement of the parties, Plaintiff and Defendant respectfully request this Court grant Defendant an additional twenty-one (21) days to file its response to the Motion, up to and including November 13, 2008.  By entering into this Stipulation, Defendant does not waive any rights it has under statute, law, or rule to challenge or oppose Plaintiff's Motion.

DATED this __ day of October, 2008.          DATED this ____ day of October, 2008.

BROWNSTEIN, HYATT                  FISHER & PHILLIPS LLP
FARBER SCHRECK, LLP


__/s/ Michael Infuso, Esq. __           __/s/ Jeffrey D. Winchester_____
Michael Infuso, Esq.                         Mark J. Ricciardi, Esq
100 City Parkway, Ste. 1600            Jeffrey D. Winchester, Esq.
Las Vegas, NV  89106                      3993 Howard Hughes Pkwy, Ste. 650
Attorney for Plaintiff                         Las Vegas, NV  89169
                                                       Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED this 24th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89109

LasVegas 77076.1

- 3 -