1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FISHER & PHILLIPS LLP**
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

TRUSTEES OF TEAMSTERS
LOCAL 631 SECURITY FUND
FOR SOUTHERN NEVADA,
                                    Plaintiff,

        vs.

NATIONAL CONVENTION
SERVICES, INC., a revoked New
York corporation; JOSEPH A.
SANTAMORENA, an individual
doing business as NATIONAL
CONVENTION SERVICE; and
WESTERN SURETY
COMPANY,

                                    Defendants.

CASE NO.:  2:07-cv-01348-LRH-LRL

**STIPULATION, REQUEST AND
PROPOSED ORDER FOR
EXTENSION OF TIME TO FILE
DEFENDANT'S OPPOSITION TO
PLAINTIFF'S APPLICATION FOR
DEFAULT JUDGMENT**

**(Third Request)**

        Plaintiff Trustees of Teamsters Local 631 Security Fund for Southern Nevada
("Plaintiff"), and Defendant National Convention Services, Inc., ("Defendant")
(collectively "the Parties"), by and through their respective counsel, hereby respectfully
submit this Stipulation, Request and Proposed Order for Extension of Time to File
Defendant's Opposition to Plaintiff's Application for Default Judgment.    This
Stipulation is made in accordance with LR 6-1, LR 62, AND lr 7-1 of the Local Rules
of Court.

- 1 -

LasVegas 77317.1

1    On October 3, 2008, Defendant filed its Motion for Extension of Time to File

2 Opposition to Plaintiff's Application for Default Judgment and [Proposed] Order

3 Thereon ("Motion").  The Order granting Defendant's Motion was signed on October

4 7, 2008, granting Defendant until October 23, 2008, within which to oppose the

5 Motion.

6    On October 24, 2008, the above-referenced court, by The Honorable Larry R.

7 Hicks, entered an Order granting the Parties' Stipulation, Request and Proposed Order

8 for Extension of Time to File Defendant's Opposition to Plaintiff's Application for

9 Default Judgment (Second Request), permitting Defendant up to and including

10 November 13, 2008, within which to file its response.  Said Order was filed on October

11 27, 2008.

12

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

- 2 -

Las Vegas 77317.1

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

1  Upon agreement of the Parties, it is respectfully requested that this Court grant

2  Defendant an additional eleven (11) days to file its response to the Motion, up to and

3  including November 24, 2008.  This third request for an extension is requested as the

4  parties have agreed to a settlement and require this requested extension to facilitate

5  finalizing the settlement details.

6

7  Dated this 13th day of November, 2008      Dated this 13th day of November, 2008

8  BROWNSTEIN HYATT FARBER            FISHER & PHILLIPS LLP
   SCHRECK, LLP

9

10

11  /s/ Michael Infuso                              /s/ Jeffrey D. Winchester
    Michael Infuso, Esq.                          Mark J. Ricciardi, Esq.
12  100 City Parkway, Ste. 1600                   Jeffrey D. Winchester, Esq.
    Las Vegas, NV 89106                           Howard Hughes Parkway, Suite 650
13  *Attorney for Plaintiff*                        Las Vegas, NV 89169
                                                   *Attorney for Defendant*
14

15                              **ORDER**

16  IT IS SO ORDERED:

17  Defendant National Convention Services, Inc.'s ("National") is granted an

18  extension of time up to and including November 24, 2008, within which to file its

19  Opposition to Plaintiff's Application for Default Judgment.

20

21

22  DATED: November 14, 2008      _____
                                  LARRY R. HICKS
23                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

- 3 -

Las Vegas 77317.1